**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

Enrique Lizardo MOLINA–CARMONA,
Defendant–Appellant.

No. 06–40386
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Federal Public Defender's Office
Southern District of Texas, Houston, TX,
for Defendant–Appellant.

Before KING, WIENER, and OWEN,
Circuit Judges.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Enrique Lizardo Molina–Carmona raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.